NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLENDA F. JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>SALLY BEAUTY SUPPLY, LLC<br><br>  Defendant. | Civil Action No.:<br>16-cv-2531 (JLL)<br><br>**ORDER** |

**LINARES**, District Judge.

This matter comes before the Court by way of Defendant Sally Beauty Supply, LLC's motion to compel arbitration and dismiss the Complaint filed by *Pro se* Plaintiff Glenda F. Johnson in the above-captioned matter. (ECF No. 6). Plaintiff has opposed this motion. (ECF No. 10), and Defendant has replied to that opposition (ECF No. 11). The Court decides this matter without oral argument pursuant to Federal Rule of Civil Procedure 78. Having reviewed the papers filed in support of and in opposition to the pending motion, and for the reasons stated in the Opinion following this Order,

IT IS on this 12th day of September, 2016

**ORDERED** that Defendant's motion to compel arbitration and to dismiss this matter (ECF No. 6) is hereby GRANTED; and it is further

**ORDERED** that this matter is hereby DISMISSED without prejudice; and it is further

**ORDERED** that the Clerk of the Court is hereby directed to CLOSE this matter.

IT IS SO ORDERED.

_____
JOSE L. LINARES, U.S.D.J.